UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TROY NAYLOR,<br><br>        Plaintiff,<br><br>        v.<br><br>DR. MARY FLAVAN,<br><br>        Defendant. | No. CV 08-03746 GAF (AJW)<br><br>J U D G M E N T |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: May 19, 2009

*/s/ Gary Feess*

GARY A. FEESS
United States District Judge